# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BOBBY THOMAS                                                             PLAINTIFF

v.                      CASE NO. 5:18-CV-00069 BSM

TAYLOR, et al.                                                   DEFENDANTS

## ORDER

The partial recommended disposition [Doc. No. 4] submitted by United States Magistrate Judge Patricia S. Harris has been received. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in its entirety. Accordingly, plaintiff Bobby Thomas's claim against the W.C. "Dub" Brassell Adult Detention is dismissed without prejudice for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 9th day of April 2018.

                                                             UNITED STATES DISTRICT JUDGE